# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Pusateri et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-02482-LDH-RML |
| Diageo North America, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Avi Pusateri, Chaim Mishulovin, Sushi Tokyo Inc.                                    .

Date:     06/11/2025

/s/ Steve W. Berman
*Attorney's signature*

Steve W. Berman, 12536 WA
*Printed name and bar number*
Hagens Berman Sobol Shapiro LLP
1301 2nd Ave, Suite 2000
Seattle, WA 98101

*Address*

steve@hbsslaw.com
*E-mail address*

(206) 623-7292
*Telephone number*

(206) 623-0594
*FAX number*