

1:25CV2482(LDH)(CHK)

DALLAS | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | NEW YORK | WASHINGTON, D.C.

Encino Plaza
15910 Ventura Blvd.
Suite 1600
Encino, CA 91436
800.887.6989
tel 818.839.2333
fax 214.279.9915

Home Office:
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281
800.222.2766
tel 214.521.3605
fax 214.279.9915

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 2 2025 ★
BROOKLYN OFFICE

August 4, 2025

Intake/Refunds
EASTERN DISTRICT COURT NY
225 Cadman Plaza E
Brooklyn, NY 11201

Re: Pusateri v Diageo North America, Inc.

Dear Intake/Refunds:

**APPROVED. The triple payment has been confirmed and the $200 Filing Fee; Receipt No. ANYEDC-19311896 made on 8/1/2025 and, the $200 Filing Fee; Receipt No. ANYEDC-19314212 made on 8/4/2025 is to be refunded. Signed Brenna B. Mahoney, Clerk of Court by Tiffeny Lee-Harris, Case Administration Manager on 8/12/2025.**

On August 1, 2025 and August 4, 2025, I encountered a glitch in which my PDFs were not correctly containing a path to download and attempted three times to correct the issue. My successful filing is Receipt #ANYEDC-19314281. May I please have a refund on Receipt Nos. ANYEDC 19311896 and 19314212.

Thank you for your courtesy.

Kind regards,

*[signature]*

Jacqueline Campbell, Assistant to Mr. Miller

/jc
Enclosures: Confirmation Nos. ANYEDC 19314281, 19311896 & 19314212.

# Jacqueline Campbell

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Monday, August 4, 2025 8:58 AM
**To:** Jacqueline Campbell
**Subject:** Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 8574447
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-19314281
Approval Code: 168388
Card Number: ************1009
Date/Time: 08/04/2025 11:58:04 ET

NOTE: This is an automated message. Please do not reply

1

**Jacqueline Campbell**

*refund*

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, August 4, 2025 8:52 AM |
| **To:** | Jacqueline Campbell |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 8574447
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-19314212
Approval Code: 180927
Card Number: ************1009
Date/Time: 08/04/2025 11:51:32 ET

NOTE: This is an automated message. Please do not reply

1

**Jacqueline Campbell**    *refund*

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| Sent: | Friday, August 1, 2025 1:56 PM |
| To: | Jacqueline Campbell |
| Subject: | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 8574447
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-19311896
Approval Code: 144327
Card Number: ************1009
Date/Time: 08/01/2025 04:55:55 ET

NOTE: This is an automated message. Please do not reply

1