The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Pusateri, et al. v. Diageo N. America, Inc.*, No. 25 Civ. 2482 (E.D.N.Y.)**
***Jackson v. Diageo N. America, Inc.*, No. 25 Civ. 6994 (E.D.N.Y.)**
***Haschemie, et al. v. Diageo N. America, Inc., et al.*, No. 25 Civ. 7036 (E.D.N.Y.)**

Dear Judge Hall:

We write on behalf of the Plaintiffs in the above-captioned actions in response to the Court's Orders directing the parties to brief Plaintiffs' motion to consolidate. Plaintiffs allege that multiple lab tests and industry sources indicate that Diageo is selling adulterated tequila at premium prices. While Plaintiffs continue to believe consolidation of the above-captioned actions is appropriate, they now agree with Defendants that it should be deferred until the Court adjudicates all pending motions to dismiss. When Plaintiffs initially sought consolidation, no district judge had been assigned to *Haschemie*, which had recently been transferred from Florida. Moreover, two different magistrate judges were presiding over these cases (Eshkenazi & Kaminsky). Now that all actions are before Your Honor, formal consolidation is not necessary at this time.

Accordingly, Plaintiffs will not file a motion to consolidate at this juncture but reserve the right to do so following resolution of the pending motions to dismiss. *See Johnson v. Celotex Corp.*, 899 F.2d 1281, 1285 (2d Cir. 1990) ("courts have taken the view that considerations of judicial economy favor consolidation.").

Respectfully submitted,

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **BARON & BUDD P.C.** | **RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.** |
|---|---|---|
| By: /s/ *Nathaniel A. Tarnor* | By: /s/ *Roland Tellis* | By: /s/ *Daniel S. Maland* |
| Nathaniel A. Tarnor | Roland Tellis | Daniel S. Maland |
| 594 Dean Street, Suite 8 | David Fernandes | Robert M. Stein |
| Brooklyn, NY 11238 | Isaac Miller | Sandra E. Mejia |
| Telephone: (212) 752-5455 | 15910 Ventura Boulevard, | Miami Tower, Suite 2900 |
| Email: nathant@hbsslaw.com | Suite 1600 | 100 S.E. Second Street |
| | Encino, CA 91436 | Miami, Florida 33131 |
| Steve W. Berman | Telephone: 818.839.2333 | Telephone: 305.577.4177 |
| 1301 Second Avenue, | rtellis@baronbudd.com | dmaland@rvmrlaw.com |
| Suite 2000 | dfernandes@baronbudd.com | rstein@rvmrlaw.com |
| Seattle, WA 98101 | imiller@baronbudd.com | smejia@rvmrlaw.com |
| Telephone: (206) 623-7292 | *Counsel for Pusateri &* | *Counsel for Haschemie* |
| Email: steve@hbsslaw.com | *Jackson* | |
| *Counsel for Pusateri & Jackson* | | |