

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
tmartin@kaplanmartin.com

May 12, 2026

**VIA ECF**

The Honorable LaShann DeArcy Hall
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Pusateri, et al. v. Diageo N. America, Inc.*, No. 25 Civ. 2482 (E.D.N.Y.) ("*Pusateri*");
*Jackson v. Diageo N. America, Inc.*, No. 25 Civ. 6994 (E.D.N.Y.) ("*Jackson*"); and
*Haschemie, et al. v. Diageo N. America, Inc., et al.*, No. 25 Civ. 7036 (E.D.N.Y.)
("*Haschemie*")

Dear Judge DeArcy Hall:

We write on behalf of Diageo North America, Inc., Diageo Beer Company USA, and Diageo Americas, Inc. (collectively, "Diageo").  As Diageo noted in its May 6, 2026 letter, it is prepared "to provide full briefing on the merits of staying *Haschemie* and *Jackson* in light of their current posture."  *See Pusateri*, ECF 38 at n.1.  Given Plaintiffs' May 8 response, in which they request in the alternative that Diageo "be required to file a motion so the issue can be fully briefed under the governing standard," *Pusateri*, ECF 39 at 2, Diageo intends to submit such a motion next week.

In that motion, Diageo will seek a stay of *Haschemie* and *Jackson* pending a decision on the *Pusateri* motion to dismiss, or, in the alternative, a more limited stay of discovery in those actions pending resolution of the motions to dismiss.  Pursuant to Rule IV.A of Magistrate Judge Kaminsky's Individual Practices and Rules, the motion will be addressed to Magistrate Judge Kaminsky.

Respectfully submitted,

Timothy S. Martin

cc:  Hon. Clay H. Kaminsky
All Counsel of Record (via ECF)