**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVI PUSATERI, SUSHI TOKYO INC., CHAIM MISHULOVIN, SUSHI TOKYO MIAMI LLC, DAVID FELTON, BARRY WILHELM, SHANNON WILHELM, TRACY COLE, NELSON NJOROGE, ANTOINE DOXON, TIEASE HOLMES, DYONNESHA WOOLFOLK, and TROY REECE on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIAGEO NORTH AMERICA, INC.,<br><br>*Defendant.* | Case No. 25 Civ. 2482<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ellen V. Holloman, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter her appearance on behalf of Defendant Diageo North America, Inc., in the above-captioned action.

Dated: New York, New York
        June 17, 2026

Respectfully submitted,

 */s/ Ellen V. Holloman*
Ellen V. Holloman
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
eholloman@kaplanmartin.com

*Counsel for Defendant*
*Diageo North America, Inc.*