UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AVI PUSATERI, SUSHI TOKYO INC., CHAIM MISHULOVIN, SUSHI TOKYO MIAMI LLC, DAVID FELTON, BARRY WILHELM, SHANNON WILHELM, TRACY COLE, NELSON NJOROGE, ANTOINE DOXON, TIEASE HOLMES, DYONNESHA WOOLFOLK, and TROY REECE on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DIAGEO NORTH AMERICA, INC.,

Defendant.
-------------------------------------------------------------X

JUDGMENT
25-CV-02482 (LDH) (CHK)

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 30, 2026, granting Defendant's motion to dismiss; it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendant; and this case is closed.

Dated: Brooklyn, New York
October 1, 2026

Brenna B. Mahoney
Clerk of Court

By: *_/s/Jalitza Poveda_*
Deputy Clerk